W. George Wailes (Bar No. 100435)
gwailes@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant
Gary Hintz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIM KRONZER,<br><br>    Plaintiff,<br><br>v.<br><br>GARY HINTZ, and DOES 1-10,<br><br>    Defendants. | Case No. CV 10-1270-BZ<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE<br><br>No hearing required |

The Court, having considered the Stipulation for Extension of Time to Respond to Complaint and Rescheduling Initial Case Management Conference submitted by the parties, and good cause appearing;

It is ordered

1. The stipulation is approved;

2. The deadline for Defendant to file his response to the complaint shall be October 7, 2010;

3. The Initial Case Management Conference shall be moved from July 19, 2010, to 4:00 p.m. .m. on _____ OCTOBER 25 _____, 2010; and

4. The dates set out in the Court's March 25, 2010, Order Setting Initial Case Management Conference and ADR Deadlines shall be reset as provided in the Court's

1 | order.
2 | It is so ordered.
3 | Date: __ JULY 7, 2010 _____

_____
Magistrate Judge Bernard Zimmerman