1 THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
2 967 Sunset Dr
Springfield, OR 97477
3 Tel: 541-746-1335
easton3535@gmail.com
4 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TIM KRONZER, | NO. CV-10-1270 BZ |
|---|---|
| Plaintiff, | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE and (PROPOSED) ORDER** |
| v. | |
| GARY HINTZ, and DOES 1-10, | Date: October 25, 2020 |
| | Time: 10:00 a.m. |
| Defendants. | Ctrm: G, 15th Floor |
| | Judge: Hon. Bernard Zimmerman |

Defendant Gary Hintz having defaulted and the clerk having entered the default on October 15, 2010 (Doc.12), and plaintiff Tim Kronzer having filed a Motion for Default Judgment on October 17, 2010 (Doc. 13) and on October 20, 2010 filed a Re-Notice of Motion for Default Judgment setting the hearing on same for November 3, 2010 (Doc.14), plaintiff Kronzer hereby requests the Court vacate the Case Management Conference set for Monday, October 25, 2010.

Dated: October 20, 2010.                                                          Respectfully submitted,

                                                                                  s/ Thomas Easton, Esq.
                                                                                  Attorney for Plaintiff Tim Kronzer

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document has been filed with the Courts' CM/ECF filing system on this 20th day of October, 2010, which will provide service on all counsel of record.

                                                                                  s/Thomas Easton, Esq;

~~IT IS SO ORDERED~~.

Dated: 10/21/2010

DENIED.                                    HON. BE[RNARD ZIMMERMAN]

*[Stamp: DENIED — Judge Bernard Zimmerman, United States District Court, Northern District of California]*

REQUEST TO VACATE CMC & CER.T OF SVC & (PROPOSED) ORDER ~ CV-10-1270 BZ                    Page 1 of 1