1  THOMAS EASTON CSB #109218
   LAW OFFICE OF THOMAS EASTON
2  967 Sunset Dr
   Springfield, OR 97477
3  Tel: 541-746-1335
   easton3535@gmail.com
4  Attorney for Plaintiff

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7  **TIM KRONZER,**                    NO.  CV-10-1270 BZ

8         Plaintiff,                   **PLAINTIFF'S REQUEST TO**
       v.                              **WITHDRAW MOTION FOR PARTIAL**
9                                      **SUMMARY JUDGMENT**
   **GARY HINTZ, and DOES 1-10,**
10                                     Date:  March 16, 2011
          **Defendants.**              Time:  1:30 p.m.
11                                     Ctrm:  G, 15th Floor
                                       Judge: Hon. Bernard Zimmerman
12

13       COMES NOW PLAINTIFF TIM KRONZER and requests leave of Court to withdraw

14  his Motion for Partial Summary Judgment as moot on the ground that defendant Gary Hintz

15  delivered on Friday, March 11, 2011 the Wells Fargo Bank Statements in their entirety and

16  without restriction to plaintiff as "Bates numbered: HINTZ000065-000180."

17       Plaintiff, being satisfied with the Bank Statements, thus requests the Court to allow

18  plaintiff to vacate the entire Motion for Partial Summary Judgment and the hearing set for

19  March 16, 2011.

20  Dated: March 14, 2011.                          Respectfully submitted,

21                                                   s/ Thomas Easton, Esq.
                                                    THOMAS EASTON
22                                           Attorney for Plaintiff Tim Kronzer

23

24

25              **CERTIFICATE OF SERVICE**

26       I hereby certify that a true and correct copy of the forgoing document has been filed
    with the Courts' CM/ECF filing system on this 14th day of March, 2011, which will provide
27  service on all counsel of record.
                                                    s/Thomas Easton, Esq;
28

PLAINTIFF'S REQUEST TO VACATE MSJ & (PROPOSED) ORDER ~ CV-10-1270 BZ              Page 1 of 2

PLAINTIFF'S REQUEST TO VACATE MSJ & (PROPOSED) ORDER ~ CV-10-1270 BZ

**(PROPOSED) ORDER**

The Court approves Plaintiff's request to withdraw his Motion for Partial Summary Judgment as mooted by the delivery of the Wells Fargo Bank Statements and hereby vacates the Motion for Partial Summary Judgment and the hearing set for March 16, 2011.

**IT IS SO ORDERED**.

Dated:

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge



**DENIED.**
See L.R. 7-7(e).

Dated: March 14, 2011