UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIM KRONZER, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C10-1270 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SHOW CAUSE WHY** |
| GARY HINTZ, and DOES 1-10, | ) | **SANCTIONS SHOULD NOT BE** |
| | ) | **IMPOSED** |
| | ) | |
| Defendant(s). | ) | |

Plaintiff's motion for partial summary judgment came on for hearing on **March 16, 2011 at 10:00 a.m.,** as noticed by the plaintiff. Counsel for plaintiff did not appear. Tad Devlin, Esq., counsel for defendant did appear and asked the Court to impose attorney fees sanctions on plaintiff for neither appearing at the motion he noticed nor agreeing to accept the tentative ruling and foregoing oral argument.

Accordingly, plaintiff is **ORDERED** to show cause in writing by March 30, 2011, why he should not be sanctioned pursuant to Rule 16(f) by being required to pay Mr. Devlin's attorney's fees for appearing at the hearing. Mr. Devlin shall immediately file a declaration attesting to the amount

1

of those fees. If plaintiff pays the fees, and files proof of payment this order to show cause will be discharged. Otherwise a hearing on the order to show cause will be held on **Wednesday, May 4, 2011, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 16, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KRONZER V. HINTZ\ORDER TO SHOW CAUSE.wpd

2