UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRONZER, ) | |
| ) | |
| Plaintiff(s), ) | No. C10-1270 BZ |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING** |
| GARY HINTZ, and DOES 1-10, ) | **TELEPHONE CONFERENCE** |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss Defendant's Administrative Motion (Docket No. 56) is scheduled for **Monday, April 4, 2011 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. The parties shall be prepared to discuss a date for plaintiff's deposition as the Court is not prepared to continue the last day for dispositive motions. If the parties agree to a deposition date, defendant shall advise the Court and the conference will be vacated.

Dated: March 31, 2011

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KRONZER V. HINTZ\TEL CONF 1.wpd

1