UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRONZER,<br><br>        Plaintiff(s),<br><br>v.<br><br>GARY HINTZ, and DOES 1-10,<br><br>        Defendant(s). | No. C10-1270 BZ<br><br>**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE** |

Following a telephone conference to address the issues raised by defendant's administrative motion to extend the dispositive motion deadline (Docket No. 56), at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to the agreement reached by the parties, defendant shall take the deposition of plaintiff on **April 18, 2011.**

2. The last day for defendant to file a motion for summary judgment is **April 20, 2011**. Plaintiff's opposition shall be filed by **April 27, 2011**. Any reply shall be filed by **May 4, 2011**.

3. Defendant's motion for summary judgment, if filed, is scheduled to be heard on **May 18, 2011** at **10:00 a.m.,** in

1

1  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
2  Avenue, San Francisco, California 94102.
3      4.   Defendant's administrative motion (Docket No. 56) is
4  **DENIED AS MOOT.**
5  Dated: April 5, 2011

                                    _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\KRONZER V. HINTZ\ORDER RE DISPOSITIVE MOTION DEADLINE.wpd