UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRONZER,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY HINTZ,<br><br>    Defendants. | No. C10-1270 BZ<br><br>**ORDER DISCHARGING**<br>**ORDER TO SHOW CAUSE** |

The Court having received timely proof of payment from plaintiff's counsel, Thomas Easton, **IT IS HEREBY ORDERED** that the order to show cause, entered on March 16, 2011, is **DISCHARGED.** The hearing scheduled for May 4, 2011 at 10:00 a.m. **is VACATED.**

Dated: April 27, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KRONZER V. HINTZ\ORDER DISCHARGING OSC.wpd

1