UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRONZER,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>GARY HINTZ, and DOES 1-10,<br><br>　　　　Defendant(s). | No. C10-1270 BZ<br><br>**FINAL JUDGMENT** |

　　The Court having granted defendant's motion for summary judgment on May 10, 2011, **IT IS HEREBY ORDERED** that plaintiff recover nothing, the action be dismissed on the merits and defendant recover costs from plaintiff.

Dated: May 10, 2011

　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\KRONZER V. HINTZ\FINAL JUDGMENT.wpd

1